APS-160                                                                                        March 10, 2005

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. <u>04-4541</u>

05 MC 54

IN RE: WILLIAM TATEM

Present:    SLOVITER, NYGAARD AND FUENTES, <u>CIRCUIT JUDGES</u>

Submitted are:

(1)   Petitioner's application pursuant to 28 U.S.C. § 2244 to file a second or successive habeas corpus petition; and

(2)   Respondent's opposition thereto in the above-captioned case.

Respectfully,



Clerk

MMW/RPC/lml

_____ORDER_____

The foregoing application pursuant to 28 U.S.C. § 2244(b) to file a second or successive habeas petition is denied. <u>In re Minarik</u>, 166 F.3d 591, 602 (3d Cir. 1999). Petitioner does not satisfy the pre-AEDPA abuse-of-writ standard because (a) he has not shown cause and prejudice for failing to raise his claims in his prior petitions, <u>McCleskey v. Zant</u>, 499 U.S. 467, 494 (1991); see also <u>Minarik</u>, 166 F.3d at 604 (recognizing that cause must be "some objective factor external to the defense"); <u>Lambert v. Blackwell</u>, 387 F.3d 210, 247 (3d Cir. 2004) (recognizing that federal habeas proceedings are not proper forum to raise claims of error in state post-conviction proceedings); and (b) he has not demonstrated his actual innocence, <u>Schlup v. Delo</u>, 513 U.S. 298, 324, 329 (1995). Furthermore, Petitioner does not satisfy the AEDPA standard. 28 U.S.C. § 2244(b)(2).

A True Copy:

By the Court,

Marcia M. Waldron,
Clerk

/s/ Richard L. Nygaard
Circuit Judge

Dated: March 30, 2005
SLC/cc: Mr. William Tatem, Jr. #SBI-00088005
        Loren C. Meyers, Esq.